# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VIRGINIA CASTRO,

        Plaintiff,

  v.

M&B RESTAURANT GROUP et al.,

        Defendants.

Case No. 2:13-cv-926-ODW(MANx)

**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

Based on Plaintiff's Proof of Service, Defendants M&B Restaurant Group and Buck Gribble's answers to the Complaint were due January 31, 2013. To date, no answer has been filed in this case.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than March 1, 2013, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer by Defendants. In the event both documents are filed before the above date, the earlier-filed document will take precedence. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

February 22, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**