# United States District Court
# Central District of California

| | |
|---|---|
| VIRGINIA CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M & B RESTAURANT GROUP; BACK GRIBBLE; DOES 1–100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00926-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In the Minutes of Settlement Conference filed on May 23, 2014, the Court was informed that the parties have reached a settlement. (ECF No. 45.) The Court has not yet heard from the parties. *See* L.R. 16-15.7 ("If a settlement is reached, counsel shall (a) immediately report the settlement to the trial judge's courtroom deputy clerk; and (b) timely memorialize the terms of the settlement.") Nevertheless, the Court **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing **no later than Wednesday, June 4, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal or a joint response that indicates an additional, reasonable amount of time is required to finalize settlement.

**IT IS SO ORDERED.**

May 28, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**